1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

10  KERRY D. OHLSEN,                          Case No. C15-157-RSL

11              Plaintiff,

12        v.                                  ORDER REVERSING AND
                                              REMANDING CASE FOR FURTHER
13                                            ADMINISTRATIVE PROCEEDINGS
    CAROLYN W. COLVIN, Acting
14  Commissioner of Social Security,

15              Defendant.

16

17

18        The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

19  papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

20  the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the

21  record, does hereby find and ORDER:

22        (1)    The Court adopts the Report and Recommendation.

23        (2)    The final decision of the Commissioner is REVERSED and this case is

24  REMANDED to the Social Security Administration for further proceedings consistent with the

25  Report and Recommendation.

26

ORDER REMANDING CASE
PAGE - 1

1          (3)      The Clerk of the Court is directed to send copies of this Order to the parties and

2    to Judge Donohue.

3          DATED this 28th day of September, 2015.

Robert S. Lasnik
United States District Judge

ORDER REMANDING CASE
PAGE - 2